## CERTIFICATION AND AUTHORIZATION

I, Tiandong Tang ("Plaintiff"), hereby certify as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint in this matter and authorize its filing by counsel.

2. I did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in Eastman Kodak Company common stock during the Class Period are set forth in the attached Schedule A.

5. I have complete authority to bring a suit to recover for investment losses on behalf of purchasers of the subject securities described herein (including Plaintiff, any co-owners, any corporations or other entities, and/or any beneficial owners).

6. During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws, except as set forth below: *None*

7. I will not accept any payment for serving as a representative party on behalf of the Class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of August, 2020.

_____
Tiandong Tang

**SCHEDULE A**
**Tiandong Tang**
**Transactions in Eastman Kodak Company**

| Common Stock Purchases | | |
|---|---|---|
| Date | Shares | Price |
| 7/31/20 | 6,721 | $22.45 |
| 7/31/20 | 200 | $22.45 |
| 7/31/20 | 1,000 | $22.44 |
| 7/31/20 | 400 | $22.42 |
| 7/31/20 | 400 | $22.41 |
| 7/31/20 | 1,100 | $22.40 |
| 7/31/20 | 1,400 | $22.39 |
| 7/31/20 | 1,200 | $22.38 |
| 7/31/20 | 800 | $22.38 |
| 7/31/20 | 100 | $22.37 |
| 8/3/20 | 7,471 | $19.58 |

| Common Stock Sales | | |
|---|---|---|
| Date | Shares | Price |
| 8/3/20 | 1 | $19.85 |
| 8/4/20 | 1,482 | $13.47 |
| 8/4/20 | 1,325 | $13.46 |
| 8/4/20 | 150 | $13.45 |
| 8/4/20 | 382 | $13.44 |
| 8/4/20 | 1,485 | $13.43 |
| 8/4/20 | 855 | $13.42 |
| 8/4/20 | 15,112 | $13.41 |